# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2006

Clifford W. Taylor,
Chief Justice

129072

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

HANSGEORG HOFE,
            Defendant-Appellant.

SC: 129072
COA: 250653
Oakland CC: 02-186010-FC

_____/

On order of the Court, the application for leave to appeal the May 19, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2006

Clerk

t0123